AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information Associated With Particular Cellular Towers | )<br>)<br>)   Case No.   25- 1110 (M)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____---_____ District of _____Puerto Rico_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A. This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____December 22, 2025_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   December 8, 2025 at 8:12 a.m.   _____/s/ Hector L. R._____
                                                                                       *Judge's signature*

City and state:   _____San Juan, Puerto Rico_____   _____Hon. Hector Ramos Vega, U.S. Magistrate_____
                                                                                       *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 25-1110 (M) | Date and time warrant executed: 12/08/2025 12:23 PM | Copy of warrant and inventory left with: |
| Inventory made in the presence of : Postal Inspector Armando G. Rivera | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Provider Claro PR : thirty eight (38) Cell Tower Dump records.

Provider T-Mobile : seven (7) Cell Tower Dump records.

Provider Liberty : twenty-five (25) Cell Tower Dump records.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/29/2026

_Executing officer's signature_

Armando G. Rivera, U.S. Postal Inspector
_Printed name and title_

## ATTACHMENT A-1

## Property to Be Searched

Records and information associated with communications to and from the cellular antenna towers ("cell towers") which provide service to the locations provided below on the identified date(s) and timeframe(s) that are within the possession, custody, or control of the cellular service provider(s) identified below:

- Location 1 (**KIDNAPPING LOCATION**): **1459 Calle E. Sanchez Lopez, San Juan, Puerto Rico 00921** further identified by geocoordinates **18.382689, -66.102452** from [**November 25, 2025**] at [**11:00 a.m.**] [**ATLANTIC STANDARD TIME**] to [**November 25, 2025**] at [**12:00 p.m.**] [**ATLANTIC STANDARD TIME**].

- Location 2 (**CRASH LOCATION**): **Camino Paco Galan, Guaynabo, Puerto Rico 00966** further identified by geocoordinates **18.349201, -66.100235** from [**November 25, 2025**] at [**11:30 a.m.**] [**ATLANTIC STANDARD TIME**] to [**November 25, 2025**] at **12:30 p.m. [ATLANTIC STANDARD TIME]**.

- Location 3 (**LAS CUMBRES LOCATION Carr. 199, Ave. Las Cumbres, Guaynabo, Puerto Rico 00969** further identified by geocoordinates **18.361881, -66.105985** from [**November 25, 2025**] at [**12:00 p.m.**] [**ATLANTIC STANDARD TIME**] to [**November 25, 2025**] at [**1:00 p.m.**] [**ATLANTIC STANDARD TIME**].

The following cellular service provider(s) are required to disclose information to the United States pursuant to this warrant:

1. Claro Puerto Rico ("Claro"), a cellular service provider headquartered in San Juan, Puerto Rico;
2. T-Mobile USA Inc. ("T-Mobile"), a cellular service provider headquartered in Parsippany, New Jersey; and
3. Liberty Communications of Puerto Ricco LLC ("Liberty"), a cellular service provider headquartered in San Juan, Puerto Rico.

## ATTACHMENT A-2

## Property to Be Searched

Records and information associated with communications to and from the cellular antenna towers ("cell towers") which provide service to the locations provided below on the identified date(s) and timeframe(s) that are within the possession, custody, or control of the cellular service provider(s) identified below:

- All towers located within a **150-meter** radius of Location 1 (**KIDNAPPING LOCATION**): **1459 Calle E. Sanchez Lopez, San Juan, Puerto Rico 00921** further identified by geocoordinates **18.382689, -66.102452** from [**November 25, 2025**] at [**11:00 a.m.**] [**ATLANTIC STANDARD TIME**] to [**November 25, 2025**] at [**12:00 p.m.**] [**ATLANTIC STANDARD TIME**].

- All towers located within a **750-meter** radius of Location 2 (**CRASH LOCATION**): **Camino Paco Galan, Guaynabo, Puerto Rico 00966** further identified by geocoordinates **18.349201, -66.100235** from [**November 25, 2025**] at [**11:30 a.m.**] [**ATLANTIC STANDARD TIME**] to [**November 25, 2025**] at [**12:30 p.m.**] [**ATLANTIC STANDARD TIME**].

- All towers located within a **750-meter** radius of Location 3 (**LAS CUMBRES LOCATION**) **Carr. 199, Ave. Las Cumbres, Guaynabo, Puerto Rico 00969** further identified by geocoordinates **18.361881, -66.105985** from [**November 25, 2025**] at [**12:00 p.m.**] [**ATLANTIC STANDARD TIME**] to [**November 25, 2025**] at [**1:00 p.m.**] [**ATLANTIC STANDARD TIME**].

The following cellular service provider is required to disclose information to the United States pursuant to this warrant:

1. Claro Puerto Rico ("Claro"), a cellular service provider headquartered in San Juan, Puerto Rico;
2. T-Mobile USA Inc. ("T-Mobile"), a cellular service provider headquartered in Parsippany, New Jersey; and
3. Liberty Communications of Puerto Ricco LLC ("Liberty"), a cellular service provider headquartered in San Juan, Puerto Rico.

2

## ATTACHMENT B

### Particular Things to be Seized

**I.  Information to be Disclosed by the Provider**

For each location described in Attachment A-1 and A-2, the cellular service providers identified in Attachment A-1 and A-2 are required to disclose to the United States records and other information (not including the contents of communications) about all communications made using the cellular tower(s) which would provide service to or from the locations identified in Attachment A-1 and A-2 during the corresponding timeframe(s) listed in Attachment A-1 and A-2, including records that identify:

    a. the telephone call number and unique identifiers for each wireless device in the vicinity of the cell tower ("the locally served wireless device") that registered with the cell tower, including Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Numbers ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), International Mobile Equipment Identities ("IMEI"), a Subscription Permanent Identifier ("SUPI"), and/or a Network Access Identifier ("NAI");

    b. for each communication, the "sector(s)" (i.e. the face(s) of the tower(s)) that received a radio signal from the locally served wireless device;

    c. the date, time, and duration of each communication;

    d. the source and destination telephone numbers associated with each communication (including the number of the locally served wireless device and the number of the telephone that transmitted a communication to, or to which a communication was transmitted by, the locally served wireless device); and

    e. the type of the communication transmitted through the tower (such as phone call or text message).

    f. Timing advance records / distance or range measurement from the tower to the mobile device. Also known as (RTT Data - Range To Tower) and/or Per Call Measurement Data (PCMD) and/or True-Call Data/TDOA, and/or MDT (Minimization of Drive Test) data. Records and information associated with Timing Advance area search(es) for all records of mobile devices which are determined to be present within the specified geographic location boundaries based upon the Timing Advance estimated geocoordinates for each respective mobile device that falls within the authorized date and time range provided in Attachment A-1 and A-2.

These records should include records about communications that were initiated before or terminated after the timeframe(s) identified in Attachment A-1 and A-2 if some part of the communication occurred during the relevant timeframe(s) listed in Attachment A-1 and A-2.

**II.    Information to be Seized by the Government**

All information described above in Section I that constitutes evidence of violations of violations of Title 18, <u>United States Code</u>, Section 1201 (kidnapping), and Title 18, <u>United States Code</u> 111 (Assaulting, resisting or impeding certain officers or employees), among others.

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.

The government will utilize various methods to analyze the data produced by PROVIDERS in an effort to isolate mobile devices of interest while attempting to mitigate any undue invasion of privacy to innocent third parties. These analysis techniques include identifying devices that are common to two or more locations, reviewing records to locate devices associated with a known event (i.e. an offender observed answering a phone call on surveillance video with a corresponding date and time stamp), isolating devices that are unique to an area specific to the date and time of the crime, or other methodologies in an effort to identify the device or devices which correspond to the known fact patterns of the investigation.